UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VADIM STANLEY MIESEGAES,

          Petitioner,

  v.

KAMALA HARRIS, et al.,

          Respondents.

_____/

No. C 15-0995 MEJ (PR)

**JUDGMENT**

     The Court has dismissed the instant action.  A judgment of dismissal without prejudice is entered.  The Clerk shall close the file.

     IT IS SO ORDERED AND ADJUDGED.

DATED: _____JULY 20, 2015_____          _____

Maria-Elena James
United States Magistrate Judge

**United States District Court**
For the Northern District of California